UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RUTH M CARTER,<br><br>  Plaintiff,<br><br>v.<br><br>OPTUM SERVICES, INC.,<br><br>  Defendant. | Case No. 2:24-cv-01717-APG-NJK<br><br>**Order**<br><br>[Docket No. 16] |

Pending before the Court is Defendant's proposed discovery plan. Docket No. 16.

On March 7, 2025, the Court ordered the parties to file a joint proposed discovery plan by March 14, 2025. Docket No. 15. Defendant submits that it has attempted to contact Plaintiff without success, and therefore, the Rule 26(f) conference has not been held. *Id*. at 1.

Pursuant to Local Rule 26-1(a), the parties are to submit a stipulated discovery plan and scheduling order. Accordingly, Defendant's proposed discovery plan is **DENIED** without prejudice. Docket No. 16. Plaintiff is **ORDERED** to contact Defendant and schedule the 26(f) conference no later than March 24, 2025. The parties must file a joint proposed discovery plan, no later than March 26, 2025. If Plaintiff fails to contact Defendant, Defendant must file notice of said failure, no later than March 25, 2025. Failure to comply with this order may result in sanctions.

IT IS SO ORDERED.

Dated: March 17, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1