1  DEVERIE J. CHRISTENSEN, ESQ.
   Nevada State Bar No. 6596
2  HILARY A. WILLIAMS, ESQ.
   Nevada State Bar No. 14645
3  **JACKSON LEWIS P.C.**
   300 S. Fourth Street, Suite 900
4  Las Vegas, Nevada 89101
   Tel: (702) 921-2460
5  Fax: (702) 921-2461
6  Email: christensen.deverie@jacksonlewis.com
   Email: hilary.williams@jacksonlewis.com
7
8  *Attorneys for Defendant*
   *Optum Services, Inc.*
9
   **UNITED STATES DISTRICT COURT**
10
   **DISTRICT OF NEVADA**
11

| RUTH M. CARTER, | Case No. 2:24-cv-01717-APG-NJK |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND DEADLINE TO SUBMIT CONFIDENTIAL EARLY NEUTRAL EVALUATION STATEMENT** |
| OPTUM SERVICES, INC., d/b/a SOUTHWEST MEDICAL PHARMACY AND HOME MEDICAL EQUIPMENT; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive. | **(FIRST REQUEST)** |
| Defendants. | |

Plaintiff Ruth Carter ("Plaintiff"), by and through her counsel, the Holman Law Office, and Defendant Optum Services, Inc. ("Defendant," and together with Plaintiff, the "Parties"), by and through its counsel, Jackson Lewis P.C., hereby move to extend the time to submit their Early Neutral Evaluation ("ENE") Statements to the Chambers of the Honorable Magistrate Judge Maximiliano D. Couvillier, III, up to and including **Monday, April 7, 2022 by 4:00 p.m.**

This Stipulation is submitted and based upon the following:

1. On January 21, 2025, the Court entered an Order scheduling the ENE for April 8, 2025. ECF No. 11. The Court has since rescheduled the ENE to April 10, 2025 at 1:00 p.m. ECF Nos. 14, 19.

2. The parties' ENE Statements are currently due on Thursday, April 3, 2025 at 4:00 p.m. ECF No. 11.

3. However, Defendant's counsel is scheduled to participate in an arbitration in an unrelated matter from March 31, 2025 to April 2, 2025, which involves many hours of preparation.

4. In addition, if the Stipulated Discovery Plan and Scheduling Order is adopted by the Court, the Parties' initial disclosures will be due on April 2, 2025, merely one day before their ENE Statements are due. The Parties believe that having additional time to review the initial disclosures will allow them to meaningfully share the information they acquire with the Court in their ENE Statements.

5. Accordingly, the Parties require additional time to prepare and submit their ENE Statements. Therefore, the Parties respectfully request an extension of time to submit their ENE Statements, by two (2) business days, up to and including Monday, April 7, 2025 by 4:00 p.m.

6. This is Parties' first request for an extension of time to submit their ENE Statements. This request is made in good faith and not for the purpose of delay.

DATED this 31st day of March, 2025.

| HOLMAN LAW OFFICE | JACKSON LEWIS P.C. |
|---|---|
| */s/Kristina S. Holman* | */s/  Hilary A. Williams* |
| KRISTINA S. HOLMAN, ESQ. | DEVERIE J. CHRISTENSEN, ESQ. |
| Nevada Bar No. 3742 | Nevada Bar No. 6596 |
| 8275 S. Eastern Ave. | HILARY A. WILLIAMS, ESQ. |
| Las Vegas, NV 89123 | Nevada Bar No. 14645 |
| | 300 S. Fourth Street, Suite 900 |
| | Las Vegas, Nevada 89101 |
| *Attorney for Plaintiff* | *Attorneys for Defendant* |

**ORDER**

IT IS SO ORDERED:

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
Sate: 4/4/2025

2