1  DEVERIE J. CHRISTENSEN, ESQ.
   Nevada State Bar No. 6596
2  HILARY A. WILLIAMS, ESQ.
   Nevada State Bar No. 14645
3  **JACKSON LEWIS P.C.**
   300 S. Fourth Street, Suite 900
4  Las Vegas, Nevada 89101
   Tel: (702) 921-2460
5  Fax: (702) 921-2461
   Email: christensen.deverie@jacksonlewis.com
6  Email: hilary.williams@jacksonlewis.com
   *Attorneys for Defendant*
7  *Optum Services, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RUTH M. CARTER, | |
| Plaintiff, | Case No. 2:24-cv-01717-APG-NJK |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| OPTUM SERVICES, INC., d/b/a SOUTHWEST MEDICAL PHARMACY AND HOME MEDICAL EQUIPMENT; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive. | |
| Defendants. | |

Plaintiff Ruth Carter ("Plaintiff"), through her counsel, Holman Law Office, and Defendant Optum Services, Inc. ("Defendant"), through its counsel Jackson Lewis P.C., hereby

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

stipulate to the Dismissal With Prejudice of this action, including all claims herein against all parties, with each party to bear its own attorneys' fees and costs.

Dated this 29th day of May, 2025.

| HOLMAN LAW OFFICE | JACKSON LEWIS P.C. |
|---|---|
| */s/Kristina S. Holman*<br>Kristina S. Holman. SBN No. 3742<br>8275 S. Eastern Ave., Suite 215<br>Las Vegas, NV 89123<br><br>*Attorney for Plaintiff* | */s/Hilary A. Williams*<br>Deverie J. Christensen, Bar #6596<br>Hilary A. Williams, Bar#14645<br>300 S. Fourth Street, Suite 900<br>Las Vegas, Nevada 89101<br><br>*Attorneys for Defendant* |

### ORDER

IT IS SO ORDERED:

ANDREW P. GORDON
CHIEF U.S. DISTRICT JUDGE

DATED: May 30, 2025